UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTHUR GLICK TRUCK SALES, INC.,

                        Plaintiff,

v.

HYUNDAI MOTOR AMERICA,

                        Defendant.
-----------------------------------------------------------X

**ORDER**

No. 22-CV-01213 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendant's motion for summary judgment, Plaintiff's opposition, and Defendant's reply papers were filed on September 15, 2023. (Docs. 45-53). The Rule 56.1 Statement is replete with references to transcripts and Bates Numbered documents without citation to exhibit letter or number corresponding to the parties' presentation of their motion papers.

Accordingly, the parties are directed to meet and confer and file, by October 2, 2023, a revised Rule 56.1 Statement with responses, that: (i) corrects the references to Bates Numbers and to documents without citation to exhibit letter, Bates Number, or any other identifier, such that the references are made only to an Exhibit Letter (or Number) and ECF page number, as filed on the docket and corresponds to the balance of the motion papers submitted; and (ii) only references evidence that is part of the record submitted to the Court.

**SO ORDERED:**

Dated:  White Plains, New York
         September 18, 2023

_____
Philip M. Halpern
United States District Judge

1