UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTHUR GLICK TRUCK SALES, INC.,

       Plaintiff,

-against-

HYUNDAI MOTOR AMERICA,

       Defendant.

**ORDER**

22-CV-01213 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

  Counsel for all parties appeared for an in-person pretrial conference on December 4, 2024. For the reasons set forth on the record, Plaintiff's motion *in limine* (Doc. 73) is DENIED and Defendant's motions *in limine* (Doc. 66) are GRANTED IN PART AND DENIED IN PART as stated.

  As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **January 6, 2025**, an amended Proposed Joint Pretrial Order.

2. The Court issued its rulings which granted, granted in substance, or denied the parties' proposed Voir Dire questions. The Court circulated the proposed Voir Dire Questionnaire. Any serious objections thereto, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of the individuals who will be at counsel table, as well as others beyond those identified (like paralegals, interns, etc.), shall be set forth in a joint letter filed by **January 6, 2025.**

3. The parties shall meet and confer and file by **January 6, 2024,** a proposed brief Summary of the Case to be read to the jury pool during voir dire.

4. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **January 6, 2024**, a revised joint proposed Verdict Sheet.

5. The parties shall meet and confer regarding objections in the Proposed Jury Instructions and file, by **January 6, 2024**, amended Proposed Jury Instructions.

6. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

7. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

8. A final pretrial conference has been scheduled for **January 22, 2025 at 2:30 p.m.**

9. Trial is scheduled to commence on **February 18, 2025**. This case must therefore be trial-ready for that date. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are also put on five days' trial notice.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 66 and 73.

SO ORDERED:

Dated: White Plains, New York
       December 4, 2024

_____
Philip M. Halpern
United States District Judge